[No. 47582-1-II. Division Two. November 15, 2016.]

DAVID J. CULLERTON ET AL., *Appellants*, v. COMMUNITY ACTION COUNCIL OF LEWIS, MASON, AND THURSTON COUNTIES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Mason County, No. 14-2-00270-3, Amber L. Finlay, J., entered May 19, 2015. *Reversed* and *remanded* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Melnick, JJ.

[No. 47693-2-II. Division Two. November 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. PAUL ALAN GILMORE, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 14-1-01222-3, Leila Mills, J., entered June 5, 2015. *Affirmed* by unpublished opinion per Maxa, A.C.J., concurred in by Worswick and Melnick, JJ.

[No. 47820-0-II. Division Two. November 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL RAY SIMPSON, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 14-1-00301-1, Stephen M. Warning, J., entered June 23, 2015. *Reversed* and *remanded with instructions* by unpublished opinion per Worswick, J., concurred in by Maxa, A.C.J., and Melnick, J.

[No. 47942-7-II. Division Two. November 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DENISE LORRAINE WEISS, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 14-1-00326-8, Christopher Melly, J., entered August 19, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Lee, J.; Bjorgen, C.J., concurring separately.